AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

NEW NATIONAL LLC, a Florida limited liability company,

*Plaintiff(s)*

v.

CITY OF MIAMI BEACH, a municipal corporation of the State of Florida

*Defendant(s)*

Civil Action No. 1:25-cv-22558-DPG

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City of Miami Beach, Florida
By serving George Wysong, City Attorney
Office of the City Attorney
1700 Convention Center Drive, Floor 4
Miami Beach, Florida 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Phillip M. Hudson III, Esq.
Duane Morris LLP
201 S. Biscayne Blvd., Suite 3400
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Angela E. Noble
Clerk of Court

SUMMONS

Date: Jun 4, 2025

s/ Micky Quezada

Deputy Clerk
U.S. District Courts